UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINIC DARNELL FLOWERS,

                    Plaintiff,

          -against-                                    26-CV-1752 (KMK)

JOHN DOE; JOHN DOE; JOHN DOE; JOHN                     ORDER OF SERVICE
DOE,

                    Defendants.

KENNETH M. KARAS, United States District Judge:

Plaintiff, who currently is incarcerated at Eastern Correctional Facility, brings this action

*pro se*, under 42 U.S.C. § 1983, arising from an incident that occurred on September 3, 2025,

during his incarceration at Sing Sing Correctional Facility.  Plaintiff alleges that four John Doe

corrections officers ("C.O.s") at Sing Sing failed to intervene when they witnessed another

prisoner assaulting him in the "HBB Yard North."  (Compl. 5 (Dkt. No. 1).)  By order dated May

7, 2026, Judge Swain granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is,

without prepayment of fees.[1]  (*See* Order Granting IFP Application (May 5, 2026) (Dkt. No. 8).)

The Action was then transferred to this Court.  (*See* Dkt. (Notice of Case Reassignment dated

June 18, 2026).)

Under *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), a *pro se* litigant is entitled to

assistance from the district court in identifying a defendant.  In the complaint, Plaintiff supplies

sufficient information to permit the New York State Department of Corrections and Community

Supervision ("DOCCS") to identify the John Doe officers who were on duty on September 3,

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been
granted permission to proceed IFP.  *See* 28 U.S.C. § 1915(b)(1).

2025, when Plaintiff was in the HBB Yard North at Sing Sing. (*See* Compl. 5.) It is therefore ordered that the New York State Attorney General's Office, which is the attorney for and agent of DOCCS, must ascertain the identity and badge number of each John Doe whom Plaintiff seeks to sue here and the address where the defendant may be served.[2] The New York State Attorney General's Office must provide this information to Plaintiff and the Court within sixty days of the date of this order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the John Doe defendants. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named John Doe Defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

---

[2] If a Doe defendant not a current DOCCS employee or official, the New York State Attorney General's Office must provide a residential or other address where the individual may be served.

**CONCLUSION**

The Clerk of Court is directed to mail a copy of this order and the complaint to the New York State Attorney General's Office at: 28 Liberty Street, New York, NY 10005.

The Clerk of Court is directed to mail an information package to Plaintiff.

An "Amended Complaint" form is attached to this order.

SO ORDERED.

Dated:   June 18, 2026
        White Plains, New York

                                       KENNETH M. KARAS
                                 United States District Judge

3