UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINIC DARNELL FLOWERS,<br>*Plaintiff*,<br>v.<br>JOHN DOE; JOHN DOE; JOHN DOE; JOHN DOE,<br>*Defendants*. | No. 26-CV-1752 (KMK)<br><u>AMENDED ORDER OF SERVICE</u> |

KENNETH M. KARAS, United States District Judge:

Plaintiff, who is currently incarcerated and is proceeding pro se and in forma pauperis, brings this Action under 42 U.S.C. § 1983. (*See* Compl. 5 (Dkt. No. 1).) The Action arises from an incident that occurred on September 3, 2025, during Plaintiff's incarceration at Sing Sing Correctional Facility ("Sing Sing"). (*See id.*) Plaintiff alleges that four John Doe corrections officers at Sing Sing failed to intervene when they witnessed another prisoner assaulting him in the "HBB Yard North." (*See id.*)

By order dated June 18, 2026, the Court directed the Office of the New York State Attorney General (the "NYAG's Office") to identify the four John Doe Defendants, provide each of their badge numbers, and provide the address(es) where each Defendant may be served. (*See* Order of Service ("June 18 Order") 2 (Dkt. No. 10).) The June 18 Order further directed Plaintiff to file an amended complaint naming the four John Doe Defendants within thirty days of receiving that information. (*See id.*)

On September 30, 2026, the NYAG's Office filed a letter identifying the four John Doe Defendants as Dominique Walker, Kaffee Lewis, Kendale Balfour, and Caesar Gonzalez. (*See*

Letter from John E. Jerman, Esq., to Court (Sept. 30, 2026) (Dkt. No. 16).) The NYAG's Office also provided the following service address for the four Defendants:

> Sing Sing Correctional Facility
> 354 Hunter Street
> Ossining, New York 10562

(*See id.*) The NYAG's Office represents that it has not yet obtained the Defendants' badge numbers but that the information provided is sufficient to effect service. (*See id.*)

Accordingly, Plaintiff is ORDERED to amend his Complaint so that it names the four now-identified John Does as Defendants within thirty days of receiving this Order. The amended complaint will replace, not supplement, the original Complaint. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing service on the newly named Defendants.

**CONCLUSION**

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

An "Amended Complaint" form is attached to this order.

SO ORDERED.

DATED: October 1, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE